## SECOND DEPARTMENT, MAY, 1922.

ALFRED J. CISNEY, Respondent, v. CREIGHTON MANOR REALTY COMPANY, Appellant.— Motion for stay denied, and thirty days additional time granted to perfect the appeal, without costs. Present — Rich, Kelly, Jaycox, Manning and Young, JJ.

WILLIAM H. DOOLITTLE, Respondent, v. LOUIS ENRICHT,· Appellant.— Motion to dismiss appeal denied, without costs. Present — Rich, Kelly, Jaycox, Manning and Young, JJ.

CHARLES DORFMAN and Others, Respondents, v. ANNIE BERGER, Appellant.— Motion to dismiss appeal granted, without costs. Present — Rich, Kelly, Jaycox, Manning and Young, JJ.

GRACE DOYLE, Respondent, v. HENRY DOYLE, Appellant.— Motion for reargument denied, with ten dollars costs. Present — Rich, Kelly, Jaycox, Manning and Young, JJ.

HARRY A. HIMER, Respondent, v. OSCAR STOLP and Another, Appellants.— Motion for stay pending appeal granted, without costs. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.

HERMAN HOLZÄPFEL and Another, Respondents, v. LEO B. HAYES, Appellant.— Motion to dismiss appeal granted, with ten dollars costs. The appellant shows no merit in his appeal, as required by rule 12.* Present — Rich, Kelly, Jaycox, Manning and Young, JJ.

In the Matter of the Application of JOHN F. CROSBY for Admission to the Bar. (From the State of Massachusetts.) — Application granted. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.

In the Matter of the Application of MARIAN STEWART HONEYMAN for Revocation of Letters of Guardianship of LEANDER H. LA CHANCE and MARTIN TAYLOR. — Motion for leave to appeal to the Court of Appeals and for a stay denied, without costs. Present — Rich, Kelly, Manning, Kelby and Young, JJ.

In the Matter of the Application of RICHARD HAROLD JENKINS for Admission to the Bar. (From the State of Kentucky.) — Application granted. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.

In the Matter of the Application for Letters of Administration upon the Estate of JEAN STEWART, Deceased.— Motion for leave to appeal to the Court of Appeals and for a stay denied, without costs. Present — Rich, Kelly, Manning, Kelby and Young, JJ.

In the Matter of the Application of ROSCOE STEWART for Admission to the Bar. (From the State of Missouri.) — Application granted. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD CARBONELLI, Appellant.— Motion for leave to have the appeal heard on the original minutes denied. Present — Rich, Kelly, Jaycox, Manning and Young, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DANIEL NOBLE, Appellant, v. JOHN F. HYLAN and Others, etc., Respondents.— Motion for leave to appeal to the Court of Appeals granted. Present — Rich, Kelly, Jaycox, Manning and Young, JJ.

---

* App. Div. Rules, 2d Dept., rule 12.— [REP.